**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks	Date: May 28, 2015
Court Reporter: Janet Coppock	Time: one hour and 12 minutes

**CASE NO. 15-cv-01077-PAB**

| Parties | Counsel |
|---|---|
| **PENELOPE ZELLER,** | Pro Se |
| Plaintiff (s), | |
| vs. | |
| **VENTURES TRUST 2013-I-NH, MCM CAPITAL PARTNERS LLC, and DEBRA JOHNSON, PUBLIC TRUSTEE,** | Deanne Stodden |
| Defendant (s). | |

**HEARING ON MOTION TEMPORARY RESTRAINING ORDER**

**9:03 a.m.	COURT IN SESSION**

APPEARANCES OF COUNSEL for the defendants. Plaintiff is proceeding pro se. Also present are James Kelly and Jennifer Rogers.

**Plaintiff's Amended Amended Ex-Parte Application for Temporary Restraining Order [Docket No. 8]**

Page Two
15-cv-01077-PAB
May 28, 2015

**9:07 a.m.**     Argument by Ms. Zeller.  Questions by the Court.

**9:31 a.m.**     Argument by Ms. Stodden. Questions by the Court.

Comments by Ms. Rogers in response to the Court's questions.

**9:50 a.m.**     Rebuttal argument by Ms. Zeller. Questions by the Court.

Court states its findings and conclusions.

**ORDERED:**  Plaintiff's Amended Amended Ex-Parte Application for Temporary Restraining Order [Docket No. 8], is **DENIED.**

**10:15 a.m.**   **COURT IN RECESS**

**Total in court time:**          72 minutes

**Hearing concluded**