IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-01077-PAB-NYW

PENELOPE ZELLER, an individual,

    Plaintiff,

v.

VENTURES TRUST 2013-I-NH,
MCM CAPITAL PARTNERS, LLC, its trustee, an Equity Purchaser from HUD,
EAGLE VISTA EQUITIES, purchaser at Public Trustee Sale, and
DEBRA JOHNSON, Public Trustee for Denver County,

    Defendants.

**ORDER**

This matter is before the Court on the Recommendation of United States Magistrate Judge Nina Y. Wang filed on February 1, 2016 [Docket No. 56]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on February 1, 2016. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). In this matter, the Court has reviewed the

Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. For the foregoing reasons, it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 56] is **ACCEPTED**.  It is further

**ORDERED** that defendant Ventures Trust's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and 8(a) [Docket No. 15] is **DENIED** as moot.  It is further

**ORDERED** that defendant Ventures Trust's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and 8(a) [Docket No. 27] is **DENIED** as to Penelope Zeller's claims for relief under RESPA (claim 4) and the FDCPA (claim 5) against Ventures Trust and **GRANTED** as to Penelope Zeller's remaining claims for "declaratory relief: to determine status of Defendants' claims [28 U.S.C. §§ 2201, 22021]" (claim 1); wrongful foreclosure (claim 2); quasi contract and unjust enrichment (claim 3); request for relief under 42 U.S.C. § 1983 (claim 6); and violation of the Fourteenth and Fifth Amendments (claim 7).  It is further

**ORDERED** that defendant Eagle Vista Equities, LLC's Motion to Dismiss [Docket No. 50] is **DENIED** as moot.  It is further

**ORDERED** that defendant Eagle Vista Equities, LLC's second Motion to Dismiss

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).

[Docket No. 53] is **DENIED** as moot. It is further

**ORDERED** that defendants Deborah Johnson, Public Trustee for Denver County, and Eagle Vista Equities are **DISMISSED**.

DATED February 24, 2016.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge