# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01077-PAB-NYW

PENELOPE ZELLER, an individual,

      Plaintiff,

v.

VENTURES TRUST 2013-I-NH,
MCM CAPITAL PARTNERS, LLC, its trustee, an equity purchaser from HUD,

      Defendant.

---

## ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

---

      IT IS ORDERED that a Scheduling Conference is set for **March 17, 2016 at 9:30 a.m.**, in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: February 24, 2016          BY THE COURT:

                                            s/Nina Y. Wang_____
                                            United States Magistrate Judge